# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| RICE, DAVID | § | Case No. 12-00377 |
| RICE, LELA | § § § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/06/2012 . The undersigned trustee was appointed on 01/06/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 35,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 12,419.96 |
| Bank service fees | | 112.31 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 15,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 7,467.73 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/03/2014 and the deadline for filing governmental claims was 10/03/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,750.00 , for a total compensation of $ 2,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/15/2015         By: /s/ John E. Cohen
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-00377 ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | RICE, DAVID | Date Filed (f) or Converted (c): | 01/06/12 (f) |
|  | RICE, LELA | 341(a) Meeting Date: | 02/06/12 |
| For Period Ending: | 06/15/15 | Claims Bar Date: | 10/03/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 2916 Salem Blvd., Zion IL 60099 | 82,000.00 | 0.00 |  | 0.00 | FA |
| 2. Single Family Home 1478 Cherry Ave Miami, Arizona | 130,100.00 | 0.00 |  | 0.00 | FA |
| 3. Timeshare Premiere Vacation Club | 100.00 | 0.00 |  | 0.00 | FA |
| 4. Timeshare Diamond Resorts Financial Services, Inc. | 100.00 | 0.00 |  | 0.00 | FA |
| 5. Financial Accounts    Checking Account Navy Federal Credit Union | 200.00 | 0.00 |  | 0.00 | FA |
| 6. Financial Accounts    Savings Account Navy Federal Credit Union (zero balance) | 0.00 | 0.00 |  | 0.00 | FA |
| 7. Household Goods    T.V., Furniture | 500.00 | 0.00 |  | 0.00 | FA |
| 8. Wearing Apparel    Normal Apparel | 500.00 | 0.00 |  | 0.00 | FA |
| 9. Insurance Policies    Term Life Insurance Policy-Death Benefit Only | 0.00 | 0.00 |  | 0.00 | FA |
| 10. Contingent Claims    Binding Arbitration ($50,000.00 max. recovery) Auto accident in which both debtors were injured. Defendant has a $50,000.00 policy limit. Mr. Aaron Carow, Esq. Phillips Law Group | 50,000.00 | 0.00 |  | 35,000.00 | FA |
| 11. Vehicles    2008 Toyota Tacoma USAA FSB | 10,475.00 | 0.00 |  | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $273,975.00 | $0.00 |  | $35,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 12-00377    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name:    JOSEPH E. COHEN |
| Case Name: | RICE, DAVID | Date Filed (f) or Converted (c):    01/06/12 (f) |
| | RICE, LELA | 341(a) Meeting Date:    02/06/12 |
| | | Claims Bar Date:    10/03/14 |

TRUSTEE HAS RECEIVED SETTLEMENT PROCEEDS AND ISSUED EXEMPTION CHECK - April 25, 2015. TRUSTEE HAS SETTLED PENDING PI CASE AND WAITING FOR PROCEEDS - Jan. 17, 2015. TRUSTEE IS EMPLOYING SPECIAL COUNSEL TO PURSUE PENDING PERSONAL INJURY ACTION IN ARIZONA - April 30, 2014. TRUSTEE IS ATTEMPTING TO SETTLE PENDING PI CASE. - July 17, 2014. TRUSTEE FILED MOTION TO EMPLOY SPECIAL COUNSEL - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 06/30/15    Current Projected Date of Final Report (TFR): 06/30/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-00377 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | RICE, DAVID | | Bank Name: | ASSOCIATED BANK |
| | RICE, LELA | | Account Number / CD #: | *******6215 Checking Account |
| Taxpayer ID No: | *******3383 | | | |
| For Period Ending: | 06/15/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 02/10/15 | 10 | AMERICAN FAMILY INSURANCE GROUP | PERSONAL INJURY SETTLEMENT | | 1142-000 | 35,000.00 | | 35,000.00 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 31.88 | 34,968.12 |
| 03/16/15 | 300001 | PHILLIPS LAW GROUP, P.C. | Attorney fees per court order | | | | 12,419.96 | 22,548.16 |
| | | | Fees | 11,666.66 | 3210-000 | | | |
| | | | Expenses | 753.30 | 3220-000 | | | |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 44.84 | 22,503.32 |
| 04/15/15 | 300002 | LELA RICE | Payment of exemption | | 8100-000 | | 15,000.00 | 7,503.32 |
| | | 2916 Salem Blvd. | Payment of exemption | | | | | |
| | | Zion, IL 60099 | | | | | | |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 24.47 | 7,478.85 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 11.12 | 7,467.73 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | | 35,000.00 | 27,532.27 | 7,467.73 |
| | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | Subtotal | | 35,000.00 | 27,532.27 | |
| | Less: Payments to Debtors | | | 15,000.00 | |
| | Net | | 35,000.00 | 12,532.27 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******6215 | 35,000.00 | 12,532.27 | 7,467.73 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 35,000.00 | 12,532.27 | 7,467.73 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         35,000.00         27,532.27

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 23, 2015 |
|---|---|---|---|---|---|---|
| Case Number: | 12-00377 | Claim Class Sequence | | | | |
| Debtor Name: | RICE, DAVID | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,889.75 | $2,889.75 |
| JOSEPH E.<br>001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,750.00 | $2,750.00 |
| 000001<br>070<br>7100-00 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $2,623.23 | $2,623.23 |
| 000002<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $7,209.45 | $7,209.45 |
| 000003<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $5,722.75 | $5,722.75 |
| 000005<br>070<br>7100-00 | Navient Solutions, Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | Unsecured | | $0.00 | $83,851.35 | $83,851.35 |
| 000006B<br>070<br>7100-00 | WELLS FARGO BANK NA<br>P.O. BOX 660431<br>Dallas, TX 75266 | Unsecured | | $0.00 | $60.62 | $60.62 |
| 000007<br>070<br>7100-00 | Portfolio Recovery Associates, LLC<br>successor to CAPITAL ONE,<br>NATIONAL ASSOCIATION<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | | $0.00 | $1,262.53 | $1,262.53 |
| 000008<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $1,321.00 | $1,321.00 |
| 000009<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $0.00 | $1,547.96 | $1,547.96 |
| 000004<br>040<br>4220-00 | United Lien Solutions LLC<br>Sheldon B Tauber<br>4939 West Ray Road Suite 4-364<br>Chandler AZ 85226 | Secured | | $0.00 | $4,216.00 | $4,216.00 |

CREGIS2  UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                                  Printed: 07/23/15 11:34 AM   Ver: 18.05

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: July 23, 2015

Case Number: 12-00377
Debtor Name: RICE, DAVID

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000006A 050 4210-00 | Wells Fargo Bank NA PO Box 10438 Des Moines IA 50306-0438 | Secured | | $0.00 | $4,706.33 | $4,706.33 |
| | Case Totals: | | | $0.00 | $118,160.97 | $118,160.97 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-00377
Case Name: RICE, DAVID
             RICE, LELA
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 7,467.73

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004 | United Lien Solutions LLC Sheldon B Tauber 4939 West Ray Road Suite 4-364 Chandler AZ 85226 | $ 4,216.00 | $ 4,216.00 | $ 0.00 | $ 1,827.98 |
| 000006A | Wells Fargo Bank NA PO Box 10438 Des Moines IA 50306-0438 | $ 4,706.33 | $ 4,706.33 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 1,827.98

Remaining Balance $ 5,639.75

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 2,750.00 | $ 0.00 | $ 2,750.00 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 2,889.75 | $ 0.00 | $ 2,889.75 |

Total to be paid for chapter 7 administrative expenses $ 5,639.75

Remaining Balance $ 0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 103,598.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for Comenity Capital Bank PO Box 788 Kirkland, WA 98083-0788 | $ 2,623.23 | $ 0.00 | $ 0.00 |
| 000002 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 7,209.45 | $ 0.00 | $ 0.00 |
| 000003 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 5,722.75 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Navient Solutions, Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | $ 83,851.35 | $ 0.00 | $ 0.00 |
| 000007 | Portfolio Recovery Associates, LLC successor to CAPITAL ONE, NATIONAL ASSOCIATION<br>PO Box 41067<br>Norfolk, VA 23541 | $ 1,262.53 | $ 0.00 | $ 0.00 |
| 000008 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 1,321.00 | $ 0.00 | $ 0.00 |
| 000009 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 1,547.96 | $ 0.00 | $ 0.00 |
| 000006B | WELLS FARGO BANK NA<br>P.O. BOX 660431<br>Dallas, TX 75266 | $ 60.62 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors  $ 0.00

Remaining Balance  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE