# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
                                                   §
RICE, DAVID                          §    Case No. 12-00377
RICE, LELA                            §
                                                   §
          Debtor(s)                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                                CLERK OF BANKRUPTCY COURT
                        219 S. Dearborn Street. Chicago. IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 08/21/2015 in Courtroom ,

                North Branch Court
                1792 Nicole Lake
                Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____             By: _____
                                                                     Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| RICE, DAVID | § | Case No. 12-00377 |
| RICE, LELA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 35,000.00 |
| and approved disbursements of | $ | 27,532.27 |
| leaving a balance on hand of[1] | $ | 7,467.73 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- | --- |
| 000004 | United Lien Solutions LLC Sheldon B Tauber 4939 West Ray Road Suite 4-364 Chandler AZ 85226 | $ 4,216.00 | $ 4,216.00 | $ 0.00 | $ 1,827.98 |
| 000006A | Wells Fargo Bank NA PO Box 10438 Des Moines IA 50306-0438 | $ 4,706.33 | $ 4,706.33 | $ 0.00 | $ 0.00 |
| | Total to be paid to secured creditors | | | $ | 1,827.98 |
| | Remaining Balance | | | $ | 5,639.75 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 2,750.00 | $ 0.00 | $ 2,750.00 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 2,889.75 | $ 0.00 | $ 2,889.75 |

Total to be paid for chapter 7 administrative expenses          $          5,639.75

Remaining Balance          $          0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 103,538.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Quantum3 Group LLC as agent for Comenity Capital Bank PO Box 788 Kirkland, WA 98083-0788 | $ 2,623.23 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 7,209.45 | $ 0.00 | $ 0.00 |
| 000003 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 5,722.75 | $ 0.00 | $ 0.00 |
| 000005 | Navient Solutions, Inc.<br>220 Lasley Ave<br>Wilkes-Barre, PA 18706 | $ 83,851.35 | $ 0.00 | $ 0.00 |
| 000007 | Portfolio Recovery Associates, LLC successor to CAPITAL ONE, NATIONAL ASSOCIATION<br>PO Box 41067<br>Norfolk, VA 23541 | $ 1,262.53 | $ 0.00 | $ 0.00 |
| 000008 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 1,321.00 | $ 0.00 | $ 0.00 |
| 000009 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | $ 1,547.96 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors       $               0.00

Remaining Balance                                            $               0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN  
                               TRUSTEE

*JOSEPH E. COHEN*  
*105 WEST MADISON STREET*  
*SUITE 1100*  
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                   Case No. 12-00377-ABG
David Rice                                                                               Chapter 7
Lela Rice
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: arodarte              Page 1 of 2                  Date Rcvd: Jul 30, 2015
                               Form ID: pdf006             Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2015.
```
db/jdb        +David Rice,    Lela Rice,    2916 Salem Blvd.,    Zion, IL 60099-2139
18336816      +5 Star Cleaning,    452 N. Ash St,    Waukegan, IL 60085-3922
18336819      +AMDX, Ltd,    10250 N. 92nd St, Bld 1,    Suite 304,    Scottsdale, AZ 85258-4520
18336817      +Advanced Cardiology Diag Cntr,    2401 W. Glendale Ave,    Suite 208,    Phoenix, AZ 85021-7673
18336818      +Agave Medical Center,    1100 Monroe Street,    Suite 101,    Globe, AZ 85501-1304
18336820       Arizona Center for (NE),    PO Box 80024,    City of Industry, CA 91716-8024
18336821     #+Arizona Center for Neurosurger,    3300 N. Central Ave,    Suite 25,    Phoenix, AZ 85012-2536
18336822      +Arizona Mail Order,    PO Box 28897,    Tucson, AZ 85726-8897
18336823      +Athem Office,    3654 W. Anthem Way,    Suite C,    Phoenix, AZ 85086-0455
18336825      +Barclays Bank,    PO Box 8803,    Wilmington, DE 19899-8803
18336826     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,     Bankruptcy Dept.,    PO Box 5155,    Norcross, GA 30091)
18336828      +Capital One,    Bankruptcy Department,    PO Box 30285,    Salt Lake City, UT 84130-0285
22241197       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18336829       Catalina Radiology,    1980 W. Hospital Drive,    Suite 204,    Tucson, AZ 85704-7804
18336830      +Chase,    Bankruptcy Department,    PO Box 15398,    Wilmington, DE 19850
18336831      +Chase Home Finance LLC,    Mailing Address for Home Finance,    3415 Vision Drive,
                Columbus, OH 43219-6009
18336832       Chasecard,    Bankruptcy Department,    PO Box 15298,    Wilmington, DE 19850-5298
18336833      +Cobre Valley Comm. Hospital,    5880 S. Hospital Drive,    Globe, AZ 85501-9454
18336834      +Cobre Valley Community,    5880 S. Hospital Drive,    Globe, AZ 85501-9454
18336835       Diamond Resorts,    106000 W. Charleston Blvd.,    Las Vegas, NV 89135
18336841     ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
              (address filed with court: Green Tree,    PO Box 94710,    Palatine, IL 60094)
18336840      +Goodyear Office,    13555 W. McDowell Road,    Suite 302,    Goodyear, AZ 85395-2629
18336844      +HSBC Bank,    Bankrupty Department,    PO Box 15521,    Wilmington, DE 19850-5521
18336843      +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
18336842      +Hicks Wellsness Clinic,    138 South Broad Street,    Globe, AZ 85501-2602
18336845       IMS-Valley Orthopedics,    PO Box 9004,    Phoenix, AZ 85068-9004
18336846      +James L Beck DO,    2401 W. Glendale Ave,    Suite 208,    Phoenix, AZ 85021-7673
18336847      +Jeffrey Becker DO,    6036 N. 19th Ave,    Suite 405,    Phoenix, AZ 85015-2142
18336848      +Marc S. Walter, Ph.D,    7220 North 16th Street,    SuiteO,    Phoenix, AZ 85020-5253
18336849      +Metro Square Dental Associates,    Deerpath Dental Specialists,
                10 West Phillip Road, Suite 105,    Vernon Hills, IL 60061-1730
18336852      +NW Med Center Oro Valley,    1 Valley Hospitacl,    1551 E. Tangerine Road,
                Oro Valley, AZ 85755-6213
22268353      +Navient Solutions, Inc.,    220 Lasley Ave,    Wilkes-Barre, PA 18706-1430
18336850      +Northshore University Health System,    c/o Pinnacle Management Services,
                514 Market Loop, Suite 103,    West Dundee, IL 60118-2181
18336851       Northwest Tucson Emergency Physicia,    PO Box 35891,    Tucson, AZ 85740-5891
22447572     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,
                successor to CAPITAL ONE, NATIONAL,    ASSOCIATION,    PO Box 41067,    Norfolk, VA 23541)
18336853      +Phillips Associates,    3030 N. Third,    Suite 1100,    Phoenix, AZ 85012-3049
18336854      +Premiere Vacation Club,    c/o Resort Funding, LLC,    360 South Warren St, 6th Floor,
                Syracuse, NY 13202-2037
18336855    ++++RURAL METRO CORPORATION,    PO BOX 1893,    SCOTTSDALE AZ  85252-1893
              (address filed with court: Rural Metro Corporation,    PO Box 9274,    Scottsdale, AZ 85252-9274)
18336858       Smile Generation Financial,    c/o World Financial Capital Bank,    PO Box 182620,
                Columbus, OH 43218-2620
18336860      +USAA FEDERAL,    PO BOX 33009,    San Antonio, TX 78265-3009
18336861       USAA Savings Bank,    PO Box 65020,    San Antonio, TX 78265-5020
22249740      +United Lien Solutions LLC,    Sheldon B Tauber,    4939 West Ray Road Suite 4-364,
                Chandler AZ 85226-2065
18336859      +United Lien Solutions, LLC,    4571 W. Flint Street,    Chandler, AZ 85226-2999
18336864      +WFFNAT Bank,    CSCL Dispute TM-MAC N8235-04M,    PO Box 14517,    Des Moines, IA 50306-3517
18336862      +Wells Fargo (Credit Cards),    Bankruptcy Department,    4137 121st Street,
                Urbandale, IA 50323-2310
22358269       Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA  50306-0438
18336863      +Wells Fargo Home Mortgage,    Bankruptcy Department,    PO Box 10335,    Des Moines, IA 50306-0335
18336865      +Woolf Golden Oak, LLC,    1450 S. Street,    Suite 3,    Globe, AZ 85501-1473
18336866      +World Financial Capital Bank,    PO Box 659622,    San Antonio, TX 78265-9622
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18336824      +E-mail/Text: sperez@aztechradiology.com Jul 31 2015 00:51:17      AZ-Tech Radiology,
                2653 W. Guadallupe Road,    Mesa, AZ 85202-7233
22470384       E-mail/PDF: rmscedi@recoverycorp.com Jul 31 2015 00:52:45      Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
18336836      +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2015 00:45:25      GECRB/Care,    PO Box 981439,
                El Paso, TX 79998-1439
18336837      +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2015 00:45:35      GECRB/HDSE,    PO Box 981439,
                El Paso, TX 79998-1439
```

```
District/off: 0752-1          User: arodarte              Page 2 of 2                   Date Rcvd: Jul 30, 2015
                              Form ID: pdf006             Total Noticed: 58
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
18336838       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2015 00:45:35      GEMB/Care,    P.O. Box 981439,
                 El Paso, TX 79998-1439
18336839       +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2015 00:45:26      Gemb/Care Credit Core,
                 Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
22141323        E-mail/Text: bnc-quantum@quantum3group.com Jul 31 2015 00:50:45
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
18336856        E-mail/PDF: pa_dc_claims@navient.com Jul 31 2015 00:45:35      Sallie Mae,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
18336857        E-mail/PDF: pa_dc_litigation@navient.com Jul 31 2015 00:45:41      Sallie Mae,
                 Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes Barre, PA 18773-9430
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18336827*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                 (address filed with court:   Cap One,    PO Box 85015,   Richmond, VA 23285)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2015                                       Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2015 at the address(es) listed below:
```
              Clay Mosberg    on behalf of Creditor    Wells Fargo Bank, N.A. cmosberg@fallaw.com,
               tgirard@fallaw.com;mpost@fallaw.com;bk@blittandgaines.com;bneubauer@fallaw.com
              David M Siegel    on behalf of Debtor David  Rice davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              David M Siegel    on behalf of Joint Debtor Lela  Rice davidsiegellaw@hotmail.com,
               davidmsiegel@hotmail.com;author@proofofpayments.com;johnellmannlaw@gmail.com
              Gina B Krol    gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    on behalf of Spec. Counsel Phillip L Grayson jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohenattorney@aol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 9
```