UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| RICE, DAVID | § | Case No. 12-00377 |
| RICE, LELA | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 190,375.00<br>*(Without deducting any secured claims)* | Assets Exempt: 63,600.00 |
| Total Distributions to Claimants: 1,827.98 | Claims Discharged<br>Without Payment: 307,232.89 |
| Total Expenses of Administration: 18,172.02 | |

3) Total gross receipts of $ 35,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 20,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 235,543.00 | $ 8,922.33 | $ 8,922.33 | $ 1,827.98 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 23,811.77 | 23,811.77 | 18,172.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 203,634.00 | 103,598.89 | 103,598.89 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 439,177.00 | $ 136,332.99 | $ 136,332.99 | $ 20,000.00 |

    4) This case was originally filed under chapter 7 on 01/06/2012 . The case was pending for 48 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2015    By:/s/JOSEPH E. COHEN
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Contingent Claims | 1142-000 | 35,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$35,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LELA RICE | Exemptions | 8100-000 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Finance LLC Mailing Address for Home Finance 3415 Vision Drive Columbus, OH 43219 | | 79,951.00 | NA | NA | 0.00 |
| | Diamond Resorts 106000 W. Charleston Blvd. Las Vegas, NV 89135 | | 1,153.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Green Tree PO Box 94710 Palatine, IL 60094 | | 65,900.00 | NA | NA | 0.00 |
| | Premiere Vacation Club c/o Resort Funding, LLC 360 South Warren St, 6th Floor Syracuse, NY 13202 | | 699.00 | NA | NA | 0.00 |
| | USAA FEDERAL PO BOX 33009 San Antonio, TX 78265 | | 11,408.00 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage Bankruptcy Department PO Box 10335 Des Moines, IA 50306 | | 76,432.00 | NA | NA | 0.00 |
| 000006A | WELLS FARGO BANK NA | 4210-000 | NA | 4,706.33 | 4,706.33 | 0.00 |
| 000004 | UNITED LIEN SOLUTIONS LLC | 4220-000 | NA | 4,216.00 | 4,216.00 | 1,827.98 |
| TOTAL SECURED CLAIMS | | | $ 235,543.00 | $ 8,922.33 | $ 8,922.33 | $ 1,827.98 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 5,500.00 | 5,500.00 | 2,750.00 |
| ASSOCIATED BANK | 2600-000 | NA | 112.31 | 112.31 | 112.31 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN & KROL | 3110-000 | NA | 1,926.50 | 1,926.50 | 1,926.50 |
| COHEN & KROL, ATTORNEYS FOR TRUSTEE | 3110-000 | NA | 1,926.50 | 1,926.50 | 0.00 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 1,926.50 | 1,926.50 | 963.25 |
| PHILLIPS LAW GROUP, P.C. | 3210-000 | NA | 11,666.66 | 11,666.66 | 11,666.66 |
| PHILLIPS LAW GROUP, P.C. | 3220-000 | NA | 753.30 | 753.30 | 753.30 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 23,811.77 | $ 23,811.77 | $ 18,172.02 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5 Star Cleaning 452 N. Ash St Waukegan, IL 60085 | | 400.00 | NA | NA | 0.00 |
| | AMDX, Ltd 10250 N. 92nd St, Bld 1 Suite 304 Scottsdale, AZ 85258 | | 678.00 | NA | NA | 0.00 |
| | AZ-Tech Radiology 2653 W. Guadallupe Road Mesa, AZ 85202 | | 3,190.00 | NA | NA | 0.00 |
| | AZ-Tech Radiology 2653 W. Guadallupe Road Mesa, AZ 85202 | | 120.00 | NA | NA | 0.00 |
| | AZ-Tech Radiology 2653 W. Guadallupe Road Mesa, AZ 85202 | | 1,516.00 | NA | NA | 0.00 |
| | AZ-Tech Radiology 2653 W. Guadallupe Road Mesa, AZ 85202 | | 1,488.00 | NA | NA | 0.00 |
| | AZ-Tech Radiology 2653 W. Guadallupe Road Mesa, AZ 85202 | | 1,630.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Cardiology Diag Cntr 2401 W. Glendale Ave Suite 208 Phoenix, AZ 85021 | | 777.00 | NA | NA | 0.00 |
| | Agave Medical Center 1100 Monroe Street Suite 101 Globe, AZ 85501 | | 89.00 | NA | NA | 0.00 |
| | Agave Medical Center 1100 Monroe Street Suite 101 Globe, AZ 85501 | | 137.00 | NA | NA | 0.00 |
| | Arizona Center for Neurosurger 3300 N. Central Ave Suite 25 Phoenix, AZ 85012 | | 335.00 | NA | NA | 0.00 |
| | Arizona Center for Neurosurger 3300 N. Central Ave Suite 25 Phoenix, AZ 85012 | | 658.00 | NA | NA | 0.00 |
| | Arizona Mail Order PO Box 28897 Tucson, AZ 85726 | | 452.00 | NA | NA | 0.00 |
| | Athem Office 3654 W. Anthem Way Suite C Phoenix, AZ 85086 | | 300.00 | NA | NA | 0.00 |
| | Barclays Bank PO Box 8803 Wilmington, DE 19899 | | 1,459.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One Bankruptcy Dept. PO Box 5155 Norcross, GA 30091 | | 7,174.00 | NA | NA | 0.00 |
| | Cap One PO Box 85015 Richmond, VA 23285 | | 5,604.00 | NA | NA | 0.00 |
| | Cap One PO Box 85015 Richmond, VA 23285 | | 5,722.00 | NA | NA | 0.00 |
| | Catalina Radiology 1980 W. Hospital Drive Suite 204 Tucson, AZ 85704-7804 | | 463.00 | NA | NA | 0.00 |
| | Chasecard Bankruptcy Department PO Box 15298 Wilmington, DE 19850-5298 | | 664.00 | NA | NA | 0.00 |
| | Cobre Valley Comm. Hospital 5880 S. Hospital Drive Globe, AZ 85501 | | 160.00 | NA | NA | 0.00 |
| | Cobre Valley Comm. Hospital 5880 S. Hospital Drive Globe, AZ 85501 | | 558.00 | NA | NA | 0.00 |
| | Cobre Valley Comm. Hospital 5880 S. Hospital Drive Globe, AZ 85501 | | 176.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cobre Valley Community 5880 S. Hospital Drive Globe, AZ 85501-9447 | | 1,065.00 | NA | NA | 0.00 |
| | Cobre Valley Community 5880 S. Hospital Drive Globe, AZ 85501-9447 | | 3,133.00 | NA | NA | 0.00 |
| | Cobre Valley Community 5880 S. Hospital Drive Globe, AZ 85501-9447 | | 1,032.00 | NA | NA | 0.00 |
| | Cobre Valley Community 5880 S. Hospital Drive Globe, AZ 85501-9447 | | 2,191.00 | NA | NA | 0.00 |
| | GECRB/Care PO Box 981439 El Paso, TX 79998 | | 1,284.00 | NA | NA | 0.00 |
| | GECRB/HDSE PO Box 981439 El Paso, TX 79998 | | 1,510.00 | NA | NA | 0.00 |
| | Goodyear Office 13555 W. McDowell Road Suite 302 Goodyear, AZ 85395 | | 1,016.00 | NA | NA | 0.00 |
| | HSBC Bank PO Box 5253 Carol Stream, IL 60197 | | 1,262.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 125.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 180.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 120.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 240.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 180.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 170.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 145.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 240.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 170.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 145.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 250.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 195.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 120.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 155.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 220.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 145.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 240.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 165.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 205.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 195.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 225.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 135.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 190.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 155.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 170.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 170.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 160.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 265.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 180.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 110.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 155.00 | NA | NA | 0.00 |
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 170.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hicks Wellsness Clinic 138 South Broad Street Globe, AZ 85501 | | 290.00 | NA | NA | 0.00 |
| | Marc S. Walter, Ph.D 7220 North 16th Street SuiteO Phoenix, AZ 85020 | | 2,000.00 | NA | NA | 0.00 |
| | Metro Square Dental Associates Deerpath Dental Specialists 10 West Phillip Road, Suite 105 Vernon Hills, IL 60061-1799 | | 220.00 | NA | NA | 0.00 |
| | NW Med Center Oro Valley 1 Valley Hospitacl 1551 E. Tangerine Road Oro Valley, AZ 85755 | | 5,976.00 | NA | NA | 0.00 |
| | Northshore University Health System c/o Pinnacle Management Services 514 Market Loop, Suite 103 West Dundee, IL 60118 | | 1,758.00 | NA | NA | 0.00 |
| | Northwest Tucson Emergency Physicia PO Box 35891 Tucson, AZ 85740-5891 | | 315.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Rural Metro Corporation PO Box 9274 Scottsdale, AZ 85252-9274 | | 835.00 | NA | NA | 0.00 |
| | Sallie Mae PO Box 9500 Wilkes Barre, PA 18773-9500 | | 77,979.00 | NA | NA | 0.00 |
| | Smile Generation Financial c/o World Financial Capital Bank PO Box 182620 Columbus, OH 43218-2620 | | 3,533.00 | NA | NA | 0.00 |
| | USAA Savings Bank PO Box 65020 San Antonio, TX 78265-5020 | | 10,357.00 | NA | NA | 0.00 |
| | WFFNAT Bank CSCL Dispute TM-MAC N8235-04M PO Box 14517 Des Moines, IA 50306 | | 4,906.00 | NA | NA | 0.00 |
| | Woolf Golden Oak, LLC 1450 S. Street Suite 3 Globe, AZ 85501 | | 40,000.00 | NA | NA | 0.00 |
| | World Financial Capital Bank PO Box 659622 San Antonio, TX 78265 | | 3,532.00 | NA | NA | 0.00 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 7,209.45 | 7,209.45 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 5,722.75 | 5,722.75 | 0.00 |
| 000008 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 1,321.00 | 1,321.00 | 0.00 |
| 000009 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 1,547.96 | 1,547.96 | 0.00 |
| 000005 | NAVIENT SOLUTIONS, INC. | 7100-000 | NA | 83,851.35 | 83,851.35 | 0.00 |
| 000007 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 1,262.53 | 1,262.53 | 0.00 |
| 000001 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 2,623.23 | 2,623.23 | 0.00 |
| 000006B | WELLS FARGO BANK NA | 7100-000 | NA | 60.62 | 60.62 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 203,634.00 | $ 103,598.89 | $ 103,598.89 | $ 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-00377  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name:  JOSEPH E. COHEN |
| Case Name: | RICE, DAVID | Date Filed (f) or Converted (c):  01/06/12 (f) |
| | RICE, LELA | 341(a) Meeting Date:  02/06/12 |
| For Period Ending: | 12/07/15 | Claims Bar Date:  10/03/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home 2916 Salem Blvd., Zion IL 60099 | 82,000.00 | 0.00 | | 0.00 | FA |
| 2. Single Family Home 1478 Cherry Ave Miami, Arizona | 130,100.00 | 0.00 | | 0.00 | FA |
| 3. Timeshare Premiere Vacation Club | 100.00 | 0.00 | | 0.00 | FA |
| 4. Timeshare Diamond Resorts Financial Services, Inc. | 100.00 | 0.00 | | 0.00 | FA |
| 5. Financial Accounts    Checking Account Navy Federal Credit Union | 200.00 | 0.00 | | 0.00 | FA |
| 6. Financial Accounts    Savings Account Navy Federal Credit Union (zero balance) | 0.00 | 0.00 | | 0.00 | FA |
| 7. Household Goods    T.V., Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel    Normal Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 9. Insurance Policies    Term Life Insurance Policy-Death Benefit Only | 0.00 | 0.00 | | 0.00 | FA |
| 10. Contingent Claims    Binding Arbitration ($50,000.00 max. recovery) Auto accident in which both debtors were injured. Defendant has a $50,000.00 policy limit. Mr. Aaron Carow, Esq. Phillips Law Group | 50,000.00 | 0.00 | | 35,000.00 | FA |
| 11. Vehicles    2008 Toyota Tacoma USAA FSB | 10,475.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $273,975.00 | $0.00 | | $35,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

UST Form 101-7-TDR (10/1/2010)  (Page: 17)

Ver: 19.05

Case 12-00377   Doc 56   Filed 12/24/15   Entered 12/24/15 10:33:17   Desc Main
Document      Page 18 of 20

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-00377   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | RICE, DAVID | Date Filed (f) or Converted (c): | 01/06/12 (f) |
| | RICE, LELA | 341(a) Meeting Date: | 02/06/12 |
| | | Claims Bar Date: | 10/03/14 |

TRUSTEE PREPARING HIS TDR - 12/7/15. DISTRIBUTION MADE BY TRUSTEE - 10/28/15.  TRUSTEE HAS RECEIVED SETTLEMENT PROCEEDS AND ISSUED EXEMPTION CHECK - April 25, 2015. TRUSTEE HAS SETTLED PENDING PI CASE AND WAITING FOR PROCEEDS - Jan. 17, 2015.  TRUSTEE IS EMPLOYING SPECIAL COUNSEL TO PURSUE PENDING PERSONAL INJURY ACTION IN ARIZONA - April 30, 2014. TRUSTEE IS ATTEMPTING TO SETTLE PENDING PI CASE. - July 17, 2014. TRUSTEE FILED MOTION TO EMPLOY SPECIAL COUNSEL - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 06/30/15      Current Projected Date of Final Report (TFR): 06/30/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-00377 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | RICE, DAVID | | Bank Name: | ASSOCIATED BANK |
| | RICE, LELA | | Account Number / CD #: | *******6215 Checking Account |
| Taxpayer ID No: | *******3383 | | | |
| For Period Ending: | 12/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) / Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/10/15 | 10 | AMERICAN FAMILY INSURANCE GROUP | PERSONAL INJURY SETTLEMENT | 1142-000 | 35,000.00 | | 35,000.00 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.88 | 34,968.12 |
| 03/16/15 | 300001 | PHILLIPS LAW GROUP, P.C. | Attorney fees per court order | | | 12,419.96 | 22,548.16 |
| | | | Fees 11,666.66 | 3210-000 | | | |
| | | | Expenses 753.30 | 3220-000 | | | |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.84 | 22,503.32 |
| 04/15/15 | 300002 | LELA RICE | Payment of exemption | 8100-000 | | 15,000.00 | 7,503.32 |
| | | 2916 Salem Blvd. | Payment of exemption | | | | |
| | | Zion, IL 60099 | | | | | |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.47 | 7,478.85 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.12 | 7,467.73 |
| 08/21/15 | 300003 | JOSEPH E. COHEN, TRUSTEE | Trustee Fees | 2100-000 | | 2,750.00 | 4,717.73 |
| | | | Trustee Fees | | | | |
| 08/21/15 | 300004 | JOSEPH E. COHEN, Attorney | Attorney for Trustee fees | 3110-000 | | 963.25 | 3,754.48 |
| 08/21/15 | 300005 | COHEN & KROL | Attorney for Trustee fees | 3110-000 | | 1,926.50 | 1,827.98 |
| 09/30/15 | 300006 | United Lien Solutions LLC | Claim 000004, Payment 43.35816% | 4220-000 | | 1,827.98 | 0.00 |
| | | Sheldon B Tauber | | | | | |
| | | 4939 West Ray Road Suite 4-364 | | | | | |
| | | Chandler AZ 85226 | | | | | |

Page Subtotals  35,000.00  35,000.00

Ver: 19.05

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 19)

Page: 2

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-00377 -ABG |
| Case Name: | RICE, DAVID |
| | RICE, LELA |
| Taxpayer ID No: | *******3383 |
| For Period Ending: | 12/07/15 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******6215  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 35,000.00 | 35,000.00 | 0.00
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 35,000.00 | 35,000.00 |
| Less: Payments to Debtors | | 15,000.00 |
| Net | 35,000.00 | 20,000.00 |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******6215 | 35,000.00 | 20,000.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 35,000.00 | 20,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 19.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 20)*